**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **LUIS GUILLERMO CASTILLO-RUBIO,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | **EP-25-cv-00097-LS** |
| **RUSSELL ABOUD,** | § | |
| | § | |
| *Defendant.* | § | |

<u>**ORDER TO SHOW CAUSE**</u>

On this day, the Court *sua sponte* considered the case.  The above-captioned case was assigned to United States District Judge Leon Schydlower, who then referred the case to the undersigned Magistrate Judge "for determination of all nondispositive pretrial matters and report and recommendation on all dispositive pretrial matters," including the exercise of contempt authority under 28 U.S.C. § 636(e).  *See* Order Referring Case to U.S. Magistrate Judge 1, ECF No. 42.

On May 15, 2026, in an effort to promote judicial efficiency and bring an end to ongoing issues concerning the discovery process, the Court ordered the parties in this matter to confer and file a joint statement regarding outstanding discovery disputes by May 27, 2026.  *See* Order Denying Pl.'s Second Mot. Compel & Ordering Parties Confer & File Joint Statement 7, ECF No. 37 [hereinafter "May 15, 2026 Order"].  Nevertheless, the May 27 deadline elapsed without either party filing a Joint Statement, and on May 29, 2026, Plaintiff notified the Court that he had mailed a meet-and-confer letter to Defense counsel on or about May 18, 2026, but had not yet received a response as of May 22, 2026.  Pl.'s Notice of Attempted Compliance ¶ 4, 7, ECF No. 40.

Based on the foregoing, the Court finds there is sufficient basis to hold Russell M. Aboud and his counsel, Walter L. Boyaki,  in civil contempt for violating the May 15, 2026 Order.  *See*

*Matter of Highland Cap. Mgmt., L.P.*, 105 F.4th 830, 837 (5th Cir. 2024) (quoting *American Airlines, Inc. v. Allied Pilots Ass'n*, 228 F.3d 574, 581 (5th Cir. 2000)) ("A court properly finds a party in civil contempt when it is shown, by clear and convincing evidence: '1) that a court order was in effect; 2) that the order required certain conduct by the respondent, and 3) that the respondent failed to comply with the court's order.'").

Consequently,  **IT IS HEREBY ORDERED** that Russell M. Aboud and Walter L. Boyaki shall separately file written notices in the above-captioned case **on or before Monday, June 22, 2026**, in which they each **SHOW CAUSE** as to cause as to why the Court should not recommend they be held in civil contempt, pursuant to the authority vested in the Court under 28 U.S.C. § 636(e)(6)(B).

**IT IS FURTHER ORDERED** that Russell M. Aboud and Walter L. Boyaki shall **APPEAR** for a **SHOW CAUSE HEARING** before Magistrate Judge Robert F. Castañeda on **Wednesday, June 24, 2026**, at 9:00 a.m. in Courtroom 612, United States Courthouse, 525 Magoffin Ave., El Paso, Texas 79901, prepared to address the matters and conduct described in this Order.

**<u>Failure to comply with any part of this Order may result in sanctions, including but not limited to monetary sanctions or default judgment against Defendant.</u>**

**SO ORDERED** and **SIGNED** this 17th day of June, 2026.

ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE